**UNITED STATES DISTRICT COURT**

**for the**

**District of Columbia**

**Case # 1:24-cv-03114**
**Reassigned to: Sparkle L Sooknanan**

**Eddie L. Fray**
**Plaintiff**

**-V-**

**Pete Buttigieg et al.,**
**Defendant**

# RESPONSE TO ORDER TO SHOW CAUSE

To the honorable Judge Sooknanan, congratulations on your newly appointed judgeship and commitment to uphold the rule of law. I, the plaintiff in the above styled case hired a process server to equally deliver documents to the District Court and to the Department of Justice Attorney General. However, no affidavit exists to support the fact the Attorney General office was indeed supplied with the summons and the attached complaint.

According to the Court Docket, the summons was issued upon the other eleven defendants on November 7, 2024, stamped and certified by the seal of the court. Exhibits 1-12

Considering the number of defendants in this case,( eleven) it will be within the comprehension of the court to consider the defendant UNITED STATES served, albeit indirectly. Judicial discretion is appropriate in this matter. The power of discretion is exercised for the purpose of giving effect to the will of the law. Even though by way of the eleven the


RECEIVED
FEB 7 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

defendants, the rule of law has been served; demonstrated and supported by the weaponization of DOJ and the FBI against the plaintiff. Exhibit 13.

Yet, and as ORDER by the court, the plaintiff has corrected this procedural oversight. Service has been effectuated upon the United States Attorney/ Civil Process Clerk, and the Attorney General of the United States / defendant UNITED STATES. Exhibit 14

Plaintiff is now of the believe that the servicing of the United States Attorney and the Attorney General of the United States completes the servicing requirement, and no further filing is needed or required.

Date: February 8, 2025

Respectfully Submitted

By Eddie Fray

Eddie L. Fray
"Pro'se Litigate"
911 Caterpillar Lane
Cantonment, Florida 32533
850 937-3400
Eddiefray56@gmail.com

Exhibit 1

**Defendant**

**PATRICK LALLY**

**Defendant**

**DAVID FREEMAN**

**Defendant**

**ANN CARLSON**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2024 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number 208466) with Jury Demand filed by EDDIE L. FRAY. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(mg) (Entered: 11/04/2024) |
| 11/01/2024 | | SUMMONS Not Issued as to All Defendants (mg) (Entered: 11/04/2024) |
| 11/06/2024 | 2 | REQUEST FOR SUMMONS TO ISSUE filed by EDDIE L. FRAY.(mg) (Entered: 11/07/2024) |
| 11/07/2024 | | Summons (11) Issued as to All Defendants ; Sent to Plaintiff by email. (mg) (Entered: 11/07/2024) |
| 01/06/2025 | 3 | AFFIDAVIT in Support of Default by EDDIE L. FRAY. (mg) Modified event on 1/7/2025 (znmw). (Entered: 01/07/2025) |
| 01/08/2025 | 4 | MOTION for Default Judgment by EDDIE L. FRAY. (zjm) (Entered: 01/13/2025) |
| 01/10/2025 | | Case directly reassigned to Judge Sparkle L. Sooknanan. Judge Rudolph Contreras is no longer assigned to the case. (ztnr) (Entered: 01/10/2025) |
| 01/11/2025 | 5 | MOTION to Compel by EDDIE L. FRAY. (zjm) (Entered: 01/13/2025) |
| 01/13/2025 | 6 | MOTION to Strike by EDDIE L. FRAY. (zjm) (Entered: 01/16/2025) |
| 02/02/2025 | | MINUTE ORDER TO SHOW CAUSE: It appears from the record that Plaintiff, who initiated this action on November 1, 2024, has yet to effectuate service on the Defendant. Therefore, it is hereby ORDERED that Plaintiff SHOW CAUSE, in writing, on or before March 3, 2025, why the claims against Defendant should not be dismissed for failure to effectuate service. Plaintiff's failure to effectuate service or to satisfactorily respond to the present order may result in the dismissal of those claims without further notice. Signed by Judge Sparkle L. Sooknanan on 2/2/2025. (lcrk) (Entered: 02/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/03/2025 13:53:37 | | | |
| **PACER Login:** | PETITUTION9112023 | **Client Code:** | 862380 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-03114-SLS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Exhibit 2

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Eddie Fray | ) | |
| *Plaintiff(s)* | ) | Civil Action No. Case # 1:24-cv-03114 |
| v. | ) | |
| RYAN POSTEN | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RYAN POSTEN-ASSOCIATE
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




ANGELA D. CAESAR, CLERK OF COURT

Date: 11/7/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Exhibit 3

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eddie Fray

*Plaintiff(s)*

v.

PETE BUTIGIEG

*Defendant(s)*

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PETE BUTTIGIEG-SECRETARY OF TRANSPORTATION
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




ANGELA D. CAESAR, CLERK OF COURT

Date: 11/7/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Exhibit 4

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Eddie Fray | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. Case # 1:24-cv-03114 |
| RODNEY RUDD | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RODNEY RUDD-RESEARCH DEPT
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Exhibit 5

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Eddie Fray<br><br>*Plaintiff(s)*<br>v.<br>PATRICK SMITH<br><br>*Defendant(s)* | ) | Civil Action No. Case # 1:24-cv-03114 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PATRICK SMITH-ENGINEERING DEPT
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment. FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Exhibit 6

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eddie Fray

*Plaintiff(s)*

v.

JACK DANIELSON

*Defendant(s)*

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JACK DANIELSON-EXECUTIVE DIRECTOR
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Exhibit 7

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Eddie Fray<br>*Plaintiff(s)*<br>v.<br>PATRICK LALLY<br>*Defendant(s)* | ) | Civil Action No. Case # 1:24-cv-03114 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PATRICK LALLY-ACTING DIRECTOR OFFICE OF GOVERNMENT AFFAIRS
POLICY AND STRATEGIC PLANNIING
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11/7/2024

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Exhibit 8

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eddie Fray

*Plaintiff(s)*

v.

DAVID FREEMAN

*Defendant(s)*

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID FREEMAN- CHIEF VEHICLE CONTROLS AND ADAPTED VEHICLES DDIVISION, DEPARTMENT OF TRANSPORTATION
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Exhibit 9

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eddie Fray

*Plaintiff(s)*

v.

ANN CARLSON

*Defendant(s)*

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANN CARLSON-CHIEF COUNSEL
1200 NEW JERSEY AVE, SE
WASHINGTON, DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS ★ DISTRICT OF COLUMBIA ★

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Exhibit 10

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eddie Fray

*Plaintiff(s)*

v.

DAVID HINES

*Defendant(s)*

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID HINES-DIRECTOR, OFFICE OF CRASH AVOIDANCE STANDARDS
1200 NEW JERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment. FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Exhibit 11

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eddie Fray

Plaintiff(s)

v.

CLARK HARPER

Defendant(s)

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLARK HARPER-OFFICE OF CRASH AVOIDANCE STANDARDS
1200 NEW JEERSEY AVE, SE
WASHINGTON DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment, FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Exhibit 12

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eddie Fray

*Plaintiff(s)*

v.

MILTON COOPER

*Defendant(s)*

Civil Action No. Case # 1:24-cv-03114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MILTON COOPER-DIRECTOR OF RULEMAKING OPERATIONS
1200 NEW JERSEY AVE, SE
WASHINGTON, DC
UNITED STATES 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

EDDIE L. FRAY
911 Caterpillar Lane
Cantonment. FL 32533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/7/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

Exhibit 13

December 2, 20242,

To whom it may concern,

Action: Civil Conspiracy to Commit Fraud by Misrepresentation-Fray verse Buttigieg, Secretary of Transportation. Case # 1:24-cv-03114

The plaintiff complaint is one of great seriousness to NHTSA. The plaintiff has accused the Agency of withholding technology (2015-2024) that would have prevented vehicular Hyperthermia (hot car deaths of children who become trap in locked cars). The National Highway Traffic Safety Administration has serious blood on its hand.

Despite a lawful complaint against the National Highway Traffic Safety Administration, the Department of Justice and The Federal Bureau of Investigation wrongly have chosen to side with the violators of the law. The defendants in this case are guilty as alleged. Nonetheless, the Agencies have aligned themselves with the conspirators. Therefore, I genuinely question their mission to blindly uphold the rule of law.

As it relates to this case, the people that tell the truth are attacked by the FBI, while the people that hide the truth are protected by the same Agency. The year-long weaponization drone surveillance of my residence signifies the defendant's guilt. Although the plaintiff is being unlawfully harassed, threaten, and privacy totally invaded by the Federal Bureau of Investigation his resolve is unmovable. In all honesty, I, the plaintiff, an African American, is convinced that the FBI is lurking for an opportunity to assassinate me.

There is an odor of mendacity surrounding the above case. This abuse of power has severely eroded my confidence in both agencies. Contrary to the pathetic actions of both Agencies to strike fear in my heart, they have only emboldened me. They have emboldened me to continue my fight for justice and to speak truth to power. Justice declares it's not who is right but what is right. The plaintiff is resolute that NHTSA and DOT: "Maintain justice and do what is right (Isaiah 56:1). Presently, I agree with the incoming Attorney General, Pam Bondi, "the investigators need to be investigated, terminated, and prosecuted to the full extent of the law."

In 2022 Congress gave the Agency the green light to mandate a technological solution , however, and due to the dispute between the existing parties, the mandate has been postponed four times: Nov 2023, Feb 2024, Aug 2024, and Nov 2024. The two-year delay is unacceptable. Contrary to what NHTSA is reporting to congress and childcare advocates the plaintiff dispute is the real reason behind the delay.

A careful review of the above compliant will reveal that multiple government actors have broken the law and allowed hundreds of innocent babies to die horrific deaths while the NHTSA concealed the technology that would have saved those innocent babies. Most egregious is the Department of Justice lack of prosecution of this case. Once again, the investigators need to be investigated. The government has been defrauded. Who will uphold the rule of law?

Thank you.

Eddie Fray

Exhibit 14

CO 249
Rev. 2/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

Eddie Fray
Plaintiff(s)

Civil Action No. 1:24-CV-03114

vs.

UNITED STATES
Defendant(s)

**AFFIDAVIT OF MAILING**

I, Eddie Fray, hereby state that:

On the 3rd day of February, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

UNITED STATES

I have received the receipt for the certified mail, No. 1Z05F95X4236401244 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 7th day of February, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

February 7, 2025
(Date)

Eddie Fray
(Signature)



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1Z05F95X4236401244

Weight

0.90 LBS

Service

UPS Ground

Shipped / Billed On

02/03/2025

Additional Information

Signature Required

Delivered On

02/07/2025 11:42 A.M.

Delivered To

WASHINGTON, DC, US
Received By

JERNIGAN

Left At

Dock

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 02/07/2025 1:32 P.M. EST

Exhibit 15

CO 249
Rev. 2/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

Eddie Fray
Plaintiff(s)

Civil Action No. 1:24-CV-03114

vs.

UNITED STATES
Defendant(s)

**AFFIDAVIT OF MAILING**

I, Eddie Fray, hereby state that:

On the 3rd day of February, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

UNITED STATES

I have received the receipt for the certified mail, No. 1z05f95x4203068024 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 7th day of February, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

February 7, 2025
(Date)

Eddie Fray
(Signature)

Ex 15b

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1Z05F95X4203068024

Weight

0.90 LBS

Service

UPS Ground

Shipped / Billed On

02/03/2025

Additional Information

Signature Required

Delivered On

02/07/2025 11:42 A.M.

Delivered To

WASHINGTON, DC, US
Received By

JERNIGAN

Left At

Dock

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 02/07/2025 1:29 P.M. EST